Rehearing granted by order
filed 3/19/03; opinion
filed 12/3/02 is vacated

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7256**

———————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

ROOSEVELT CORNELL SANDERS,

                                    Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Columbia. Matthew J. Perry, Jr., Senior District Judge.  (CR-94-631, CA-02-993-0-10)

———————

Submitted:  November 14, 2002        Decided:  December 3, 2002

———————

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Roosevelt Cornell Sanders, Appellant Pro Se.  Marvin Jennings Caughman, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Roosevelt Cornell Sanders seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude on the reasoning of the district court that Sanders has not made a substantial showing of the denial of a constitutional right. See United States v. Sanders, Nos. CR-94-631; CA-02-993-0-10 (D.S.C. filed August 2, 2002; entered Aug. 5, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED